IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00698-BNB

LEON K. GLADWELL,

      Plaintiff,

v.

RANDY SCOFIELD, and
STERLING CORRECTIONAL FACILITY,

      Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's "Motion for Order Pursuant to C.R.S. 16-18.5-110" filed on April 20, 2006, in which he asks the court to order the Colorado Department of Corrections to make automatic fund transfers from his inmate account to pay the filing fee in this action, is DENIED.

Dated: April 21, 2006

---

Copies of this Minute Order were mailed on April 21, 2006, to the following:

Leon Gladwell
Prisoner No. 97783
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                              Secretary/Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2006

GREGORY C. LANGHAM
                    CLERK