IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00698-ZLW

LEON K. GLADWELL,

    Plaintiff,

v.

RANDY SCOFIELD, and
STERLING CORRECTIONAL FACILITY,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2006

GREGORY C. LANGHAM
CLERK

ORDER DENYING MOTION TO RECONSIDER

Plaintiff Leon K. Gladwell has filed *pro se* on June 5, 2006, a "Motion to Reconsiter [sic]" in which he asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on May 25, 2006. The Court must construe the motion to reconsider liberally because Mr. Gladwell is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Gladwell filed the motion to reconsider within ten days after the Order and Judgment of Dismissal. *See* Fed. R. Civ. P. 6(a) (time periods of less than

eleven days exclude intervening Saturdays, Sundays, and legal holidays). Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the instant action without prejudice because Mr. Gladwell failed either to pay the initial partial filing fee or to show cause why he was unable to pay the initial partial filing fee. Mr. Gladwell alleges in the motion to reconsider that he attempted to pay the initial partial filing fee within the time allowed and that his request for a money order to pay the initial partial filing fee was approved by a prison official.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Gladwell fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The Court's docketing records do not indicate that Mr. Gladwell paid the initial partial filing fee in this action. Therefore, the motion to reconsider will be denied. Mr. Gladwell is reminded that, because the Court dismissed the instant action without prejudice, he may pursue his claims by filing a new action if he chooses. Accordingly, it is

ORDERED that the motion to reconsider filed on June 5, 2006, is denied.

DATED at Denver, Colorado, this ___9___ day of ____June____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-00698-BNB

Leon K. Gladwell
Reg. No. 97783
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/9/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk