IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00698-ZLW

LEON K. GLADWELL,

    Plaintiff,

v.

RANDY SCOFIELD, and
STERLING CORRECTIONAL FACILITY,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to Amend Order of Dismissal of Motion to Reconsiter [sic]" filed on June 29, 2006, is DENIED.

Dated: June 30, 2006

Copies of this Minute Order mailed on June 30, 2006, to the following:

Leon K. Gladwell
Prisoner No. 97783
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                    Secretary/Deputy Clerk