IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00698-ZLW

LEON K. GLADWELL,

    Plaintiff,

v.

RANDY SCOFIELD, and
STERLING CORRECTIONAL FACILITY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 4 2007

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Leon K. Gladwell has filed pro se on May 10, 2007, a "Petition for Rehearing." Mr. Gladwell asks the Court to reconsider the Court's Order Denying Motion to Reconsider filed on this action on April 26, 2007. The Court must construe the motion to reconsider liberally because Mr. Gladwell is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

On April 14, 2006, Mr. Gladwell was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action and, pursuant to § 1915(b)(1), he was ordered to pay an initial partial filing fee of $1.00. Mr. Gladwell was granted thirty days either to pay the initial partial filing fee or to show cause why he was unable to pay the initial partial filing fee. On April 21, 2006, Mr. Gladwell's April 20, 2006, motion requesting the Court to direct automatic deductions from his inmate account was denied. Mr. Gladwell did not pay the initial partial filing fee and he did not show cause

why he was unable to pay the initial partial filing fee. He did not communicate with the Court in any way until after the Court's Order and Judgment of Dismissal was filed on May 25, 2006. The Court dismissed the instant action without prejudice because Mr. Gladwell failed either to pay the initial partial filing fee or to show cause why he was unable to pay the initial partial filing fee.

On June 5, 2006, Mr. Gladwell filed a motion to reconsider the Order and Judgment of Dismissal in which he alleged that he had complied with the Court's order to pay an initial partial filing fee because a prison official had approved his request for a money order to pay the initial partial filing fee. In an order filed on June 9, 2006, the Court construed the June 5 motion to reconsider as asserted pursuant to Rule 59(e) and denied the motion because there was no record that Mr. Gladwell had paid the initial partial filing fee.

Mr. Gladwell then filed on June 29, 2006, a "Motion to Amend Order of Dismissal of Motion to Reconsider" (Rule 60(b) motion). The Court denied the Rule 60(b) motion in a minute order filed on June 30, 2006. On appeal, the United States Court of Appeals for the Tenth Circuit reversed the Court's denial of the Rule 60(b) motion and remanded the matter to this Court to consider the grounds raised by Mr. Gladwell in the Rule 60(b) motion. The Tenth Circuit's mandate was filed in this Court on April 16, 2007. In an order filed on April 26, 2007, the Court considered the grounds raised by Mr. Gladwell and denied the Rule 60(b) motion. As noted above, Mr. Gladwell's current motion to reconsider relates to the Court's April 26 order.

The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to

correct clear error or prevent manifest injustice. *See Shields v. Shetler*, 120 F.R.D. 123, 126 (D. Colo. 1988). Mr. Gladwell does not allege the existence of any new law or evidence and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. Instead, Mr. Gladwell raises new arguments in his May 10 motion to reconsider that he has not previously raised in this action. Specifically, Mr. Gladwell alleges for the first time that he was unable to comply with the original order directing him to pay an initial partial filing fee because he was unaware that his second request for funds to pay the initial partial filing fee had been denied until after the Court dismissed this action. Mr. Gladwell misunderstands that a motion to reconsider is not a new opportunity to present arguments that should or could have been raised previously. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the "Petition for Rehearing" filed on May 10, 2007, is denied.

DATED at Denver, Colorado, this 23 day of _____May_____, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00698-BNB

Leon K. Gladwell
Reg. No. 97783
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/24/07

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk